**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-109 (ABJ)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICAH EUGENE AVERY, JR.,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1361** |
| **Defendant.** | : | **(Destruction of Government Property)** |

**SUPERSEDING INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about May 30, 2020 in the District of Columbia, **MICAH EUGENE AVERY, Jr.**, willfully and by means of applying spray paint to a granite wall on the Lincoln Memorial property, did injure and commit a depredation against, and attempt to injure and commit a depredation against, property of the United States, specifically a granite wall adjacent to the Lincoln Memorial located on the Lincoln Memorial property.

**(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

Attorney of the United States in
and for the District of Columbia.

By: *Jennifer Leigh Blackwell*
Jennifer Blackwell
Assistant United States Attorney